UNITED STATES DISTRICT COURT

FOR  U.S. District Court
Southern District of California
221 West Broadway
San Diego, CA 92100



Montorey D. Harper,

PACIFICA MOTEL

228 W WILLOW ST.

LONG BEACH, CA 90806

# 16CV1200 MMA NLS

Civil Action, Title II

GENEVA, the United Nations

Vs.

 US DOJ

950 Pennsylvania Avenue, Washington, DC 20530

Los Angeles Police Dept,

100 West 1st Street
 Los Angeles, CA 90012

Long Beach Police Department,

(562) 570-7260

400 W Broadway, Long Beach, CA 90802

FEDEX

555 E OCEAN BLVD

CA, 90802

JURISDICTION

Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

Venue

Venue is proper pursuant to 28 U.S.C. § 1391 because the defendant is the United States of America, and the plaintiff lives in the United States state of California.

Parties

Plantiff Montorey Danyell Harper resides at: Pacifica Motel

228 W Willow Motel St.

Long Beach, Ca 90806,

US DOJ

950 Pennsylvania Avenue, Washington, DC 20530

Los Angeles Police Dept,

100 West 1st Street
Los Angeles, CA 90012

Long Beach Police Department,

(562) 570-7260

400 W Broadway, Long Beach, CA 90802

FEDEX

555 E OCEAN BLVD

CA, 90802

Statements of Facts, Charge I "Discrimination,"

On 5/11/2016, THE PLAINTIFF, JUST NOW IN THE FED IT IS OBVIOUS THAT ALL PERSONS IN FEDEX KNOW WHO I AM, ITS ALSO NOTICEABLE THAT ONE WANTS TO CONJURE AROUND A PRINTER I WANT TO USE, AT THIS LOCATIONS FOR DAYS IN FEDEX THE PUBLIC CONJURED AND IT WAS OBVIOUS THEY KNEW WHO I WAS, ON MAN DAYS AGO LIED AT THE SAME PRINTER LOCATION AND WAS IGNORED AS I PROCEEDED TO FINISH DRAFTING A LAWSUIT. ALOS I NOTICED THIS TIME THAT THE PUBLIC FEDEX PURPOSELY LEFT SIGNED DOCUMENT IN THE COPIER THAT LOOKED LEGAL, THE CLERK IN THE FED EX STORE THIS TIME DID NOT HAVE THE KEY AVAILABLE FOR THE RESTROOM AND WALKED ME TO THE RESTROOM, IT WAS OBVIOUS I DIDN'T LIKE IT AND WAITED UNTIL SHE LEFT TO GO INSIDE, I DID BECAUSE I DID NOT LIKE THE FACT SHE WANTED TO BE IN MY PRESENCE, THIS MEANT SHE WANTED TO GO INTO THE RESTROOM WITH ME OR SHE WANTED ME TO THINK SHE WANTED TO BY WHAT SHE DID AND FEDEX DID SINCE IT WAS NOT DONE BEFORE AND IS NOT WHAT THEY DO. OUTSIDE A MALE LOOKING LIKE A LAWYER, PROPORTING, WOBBLED IN AND OUT OF HIS WALK PLANK TO LET ME HE KNOWS I WALKING BEHIND HIM. ALSO WHILE ALL OF THIS IS GOING ON LONG BEACH HAD A POLICE CRUISER OUTSIDE OF THE STORE AND TWO POLICE OFFICERS IN A CRUISER DROVE BY ME JUST BEFORE THE MAN WOBBLED IN AND OUT OF PLANK.

Emotional Distress Damages in Federal Civil Rights Action

All Federal Civil Rights Statutes Permit Recovery for Emotional Distress.

The 1991, Civil Rights Act permits emotional distress damages in cases brought under Title VII, the Americans with Disabilities Act, 42 U.S.C. '12117(a), and the Rehabilitation Act of 1973, 29 U.S.C. '794(a)(1). See, generally, 42 U.S.C. ' 1981A (1991). 42 U.S.C. ' 1981A(b)(3).

**Request for Relief,**

Claim I

Emotional pain

1,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000. The Plaintiff demands, or the largest amount allowed under
the law.


Claim II

Suffering

1,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,00
0,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000. The Plaintiff demands

Claim III

Mental anguish

1,000,000,000,000,000,000,0001,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000. The Plaintiff demands.

## Claim VI

## Inconvenience

1,000,000,000,000,000,000,0001,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,0
00,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000,000. The Plaintiff demands.


The Plaintiff business was harmed as a result so the court should apportion damages in amounts to the plaintiff's business.

Montorey Danyell Harper

Pro See          5/11/46

Essa Primewood, animate llc

Frost Law Firm

Montorey LLC